# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| KEVIN PRATT and MARLESIA PRATT, <br><br>　　Plaintiffs, <br><br> v. <br><br> SOUTH CENTRAL RECOVERY, LLC, et al., <br><br>　　Defendants. | No. 2:24-cv-02484-SHL-cgc |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiffs' complaint (ECF No. 1), filed July 8, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Adopting in Part Report and Recommendation on Defendants' Motion to Dismiss and Plaintiffs' Motion for Leave to Amend Complaint and Dismissing Complaint (ECF No. 28), filed August 25, 2025, all of Plaintiffs' claims against Defendants are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

August 25, 2025
Date